CM22-411

# SEARCH WARRANT
Commonwealth of Virginia    VA. CODE §§ 19.2-56, 19.2-57

 ORIGINAL

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing:

47 S. Windsong Court; Fishersville, Virginia 22939; Legal Description: 67a3-(3)-71 Windward Pointe Sec 3 Lot 71 .334 acres
47 S. Windsong Court, Fishersville, Virginia is a light brown multi-level 4-bedroom, 4,768 square foot residential dwelling located in the southwest corner of the cul-de-sac, facing northeast. The numerals "47" are affixed to the front of the residence above the front door. The residence has black shutters, a brown roof and is further distinguished by barriers and armed security on site, posted near the foot of the driveway.

for the following property, objects and/or persons:
Any and all electronic devices, including desktop computers, laptop computers, PDA's, tablets, smartphones, storage devices, external hard drives, flash memory cards, SD cards or other electronic equipment that may contain electronic data or files that may have been used to communicate with DuPont Credit Union, MetLife Life Insurance, FedEx, SunTrust Atlanta, Williams Mullen Clark & Dobbins PC, Vital Records Section, Bureau of Vital Statistics, Florida Dept of Health

**Continued on Supplemental Sheet(s)**

[X] This SEARCH WARRANT authorizes a search of a place of abode which may be executed by initial entry of the abode
  [X] only in the daytime hours between 8:00 a.m. and 5:00 p.m., unless prior to the issuance of this SEARCH WARRANT, law-enforcement officers lawfully entered and secured the place to be searched and remained at such place continuously OR
  [ ] at any time for good cause shown.

As this SEARCH WARRANT authorizes a search of a place of abode, you are required to be recognizable and identifiable as a uniformed law-enforcement officer and to provide audible notice of your authority and purpose reasonably designed to be heard by the occupants of the place to be searched prior to the execution of this SEARCH WARRANT.

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the Augusta................................................................. Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to [X] an offense substantially described as follows:
[ ] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:
18.2-178.1 (A) Obtaining money or signature, etc. by false pretense; 18.2-22 Conspiracy to Commit a Felony

[X] Supplemental sheet attached and incorporated by reference. Number of supplemental pages ____1____.

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, or that the person to be arrested for whom a warrant or process for arrest has been issued is located at the place to be searched, and further that the search should be made, based on the statements in the attached affidavit sworn to by

Brian J. Jenkins
NAME OF AFFIANT

10/03/2022 01:55 PM
DATE AND TIME

J.O. Keffer
[ ] CLERK   [X] MAGISTRATE   [ ] JUDGE
T. O. Keffer

FORM DC-339 (MASTER, PAGE ONE OF TWO) 07/22

---

FILE NO.

**SEARCH WARRANT**

**COMMONWEALTH OF VIRGINIA**

v./In re

47 S. Windsong Court

Fishersville, Virginia

Filed in the Clerk's Office of the Circuit Court of Augusta County
Time: 2:24PM  Date: 10/5/22
TESTE:
Amber Petersen  Dep. Clk.
Date: October 5, 2022

SWN: 015CM2200006354

## SUPPLEMENTAL SHEET FOR SEARCH WARRANT

File No. ...........................................................................

SWN: 015CM2200006354

[ ] DC-309, SEARCH WARRANT FOR REAL-TIME LOCATION DATA
[x] DC-339, SEARCH WARRANT
[ ] DC-341, SEARCH WARRANT FOR TRACKING DEVICE

COMMONWEALTH OF VA ............................... v./In re: 47 S. Windsong Court ...........................................

The incorporation of this supplemental sheet was ordered on the attached SEARCH WARRANT.

**Property, Objects and/or Persons searched for (con't):**

or devices which contain records, data of files associates with aforementioned entities. Your affiant also seeks any letters, statements, correspondence, ledgers, files or writing associated with aforementioned entities.

FORM DC-3006 (MASTER) 07/22